**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

SHANE SEARFOSS,

        Petitioner

        v.

SAMANTHA SMULLEN,

        Respondent

: No. 638 MAL 2021
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of January, 2022, the Petition for Allowance of Appeal is **DENIED**.